```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PC LANDING CORP, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>        Defendants. | C 3:22-cv-03548 TLT<br><br>**JOINT STATUS REPORT AND STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFFS' AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>The Honorable Trina L. Thompson |

On November 28, 2022, this Court issued an Order directing the parties to submit a joint report regarding the status of this case. *See* Dkt. No. 19. Pursuant to the Court's order, Plaintiffs and Defendant, through their undersigned counsel, submit the following status report.

On June 16, 2022, Plaintiffs filed this Complaint challenging Defendant U.S. Citizenship and Immigration Services' ("USCIS") decision denying Plaintiff PC Landing Corporation's Form I-140, Immigrant Petition, on behalf of Plaintiff Takahiro Sumimoto. Dkt. No. 1. After Plaintiffs filed this action, USCIS approved a second, subsequent I-140 petition filed by PC Landing on Mr. Sumimoto's behalf on August 31, 2022. On November 21, 2022, USCIS denied Mr. Sumimoto's Form I-485, Application to Register Permanent Residence or Adjust Status, which had been filed concurrently with

Stip to Proposed Schedule
C 3:22-cv-03548 TLT

the first I-140 petition that was denied. Counsel for the parties conferred about this case on November 29 to December 1, 2022.

On December 1, 2022, Plaintiffs' counsel informed Defendant's counsel that they intend to file an amended complaint. Accordingly, the parties have conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for the filing of Plaintiffs' amended complaint. Subject to the Court's approval, the parties have agreed to the following schedule:

1. By December 12, 2022, Plaintiffs will file an amended complaint.

2. By January 13, 2023, Defendants will file their response to the amended complaint.

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiffs' amended complaint and Defendants' response.

Dated: December 6, 2022                    Respectfully submitted,

                                           STEPHANIE M. HINDS
                                           United States Attorney


                                            /s/ Elizabeth D. Kurlan
                                           ELIZABETH D. KURLAN
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated:  December 6, 2022                    /s/ Nadia Garvin-Dai Johnson
                                           NADIA GARVIN-DAI JOHNSON
                                           Attorney for Plaintiffs

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Plaintiffs will file an amended complaint by December 12, 2022. Defendants will file their response to the amended complaint by January 13, 2023.

Date: December 6, 2022

                                           _____
                                           TRINA L. THOMPSON
                                           United States District Court Judge

Stip to Proposed Schedule
C 3:22-cv-03548 TLT